DANA A. SUNTAG (California State Bar #125127)
JOSHUA J. STEVENS (California State Bar #238105)
THE SUNTAG LAW FIRM
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905
dsuntag@suntaglawfirm.com

GILBERTO GUTIERREZ (California State Bar #85795)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendants
LIANNE WILLEY, VENUS ESPARZA-ZAVALA,
LAZARO GONZALEZ, and NICHOLAS MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUK NASTIC, et al.;<br><br>   Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>   Defendants. | No. 2:11-CV-02521-JAM-GGH<br><br>**ORDER GRANTING DEFENDANTS LIANNE WILLEY, VENUS ESPARZA-ZAVALA, LAZARO GONZALEZ, AND NICHOLAS MORENO'S MOTION TO DISMISS COUNT ONE CONTAINED IN PLAINTIFFS' SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**<br><br>Date:  September 19, 2012<br>Time: 9:30 a.m.<br>Place: Courtroom 6 |

1 | The Court has reviewed and considered Defendants Lianne Willey, Venus Esparza-Zavala, Lazaro Gonzalez, and Nicholas Moreno's (collectively, the "County Defendants") Motion to Dismiss Count One Contained in Plaintiffs' Second Amended Complaint or, in the Alternative, for a More Definite Statement ("Motion to Dismiss").

The Court finds that there is good cause for the relief that the County Defendants request.

THEREFORE, IT IS ORDERED that the County Defendants' Motion to Dismiss is GRANTED, and Count One of Plaintiffs' Second Amended Complaint is dismissed without prejudice. Plaintiffs are granted leave to amend to file a Third Amended Complaint by October 9, 2012. The County Defendants shall have 20 days following the filing of Plaintiffs' Third Amended Complaint to file any responsive pleadings.

Dated: 10/1/2012           /s/ John A. Mendez
                           UNITED STATES DISTRICT COURT JUDGE