DANA A. SUNTAG (California State Bar #125127)
JOSHUA J. STEVENS (California State Bar #238105)
THE SUNTAG LAW FIRM
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905
dsuntag@suntaglawfirm.com

GILBERTO GUTIERREZ (California State Bar #85795)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
44 North San Joaquin Street, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants
LIANNE WILLEY, VENUS ESPARZA-ZAVALA,
LAZARO GONZALEZ. and NICHOLAS MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUK NASTIC, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | No. 2:11-CV-02521-JAM-GGH<br><br>ORDER GRANTING DEFENDANTS LIANNE WILLEY, VENUS ESPARZA-ZAVALA, LAZARO GONZALEZ, AND NICHOLAS MORENO'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF MOTION TO DISMISS COUNTS THREE, FOUR, FIVE, AND SIX CONTAINED IN PLAINTIFFS' THIRD AMENDED COMPLAINT |

1  The Court has reviewed and considered the Notice of Request and
2  Request to Seal and accompanying documents filed by Defendants Lianne Willey,
3  Venus Esparza-Zavala, Lazaro Gonzales, and Nicholas Moreno ("Defendants") in
4  support of their Motion to Dismiss Counts Three, Four, Five, and Six Contained in
5  Plaintiffs' Third Amended Complaint and Plaintiff's Opposition to the Request.
6  The Court finds that there is good cause for the relief Defendants request.
7  THEREFORE, IT IS ORDERED that Defendants' Request to Seal is
8  GRANTED. The Clerk of the Court is directed to file the following documents under
9  seal:
10  1. The Notice of Hearing on Petition in Case No. J05458 filed with the
11  San Joaquin County Court on June 10, 2010;
12  2. Juvenile Dependency Petition in Case No. J05458 filed with the
13  San Joaquin County Court on June 10, 2010;
14  3. Detention/Jurisdiction Report in Case No. J05458 filed with the San
15  Joaquin County Court on June 10, 2010; and
16  4. CPS Intake and Assessment Referral Report filed in Case No.
17  J05458 with the San Joaquin County Court on June 10, 2010 as Exhibit A to the
18  Juvenile Dependency Petition. (Collectively, the "Confidential Documents.")
19  The Confidential Documents shall remain under seal for the duration of
20  the instant case or as this Court otherwise orders. Pending further court order, only
21  Plaintiffs, Defendants, counsel of record for Plaintiffs and Defendants (and their staff),
22  and retained experts shall have access to the Confidential Documents.
23  If counsel for the deceased Defendant Colin McGrattan wishes access to
24  the Confidential Documents, they may file a motion seeking such relief.

Dated: 10-30-2012

U.S. DISTRICT COURT JUDGE

ORDER GRANTING DEFENDANTS'
REQUEST TO SEAL DOCUMENTS            2