UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUK NASTIC, VERICA NASTIC, and VERNA MARJANOVIC in her capacity as Guardian ad Litem for the minors, D.N. and N.N.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LIANNE WILLEY, individually and in her capacity as a social worker for the County of San Joaquin, et al.,<br><br>　　　　　Defendants. | No.  2:11-CV-02521-JAM-GGH<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

　　This matter comes before the Court on Defendants Lianne Willey, Venus Esparaza-Zavala, Lazaro Gonzalez, and Nicholas Moreno's (collectively "Defendants") Motion to Dismiss, in part, (Doc. #36) Plaintiffs' Vuk Nastic, Verica Nastic, and D.N. and N.N., minors, by and through their Guardian ad Litem, Vesna Marjanovic (collectively "Plaintiffs") Third Amended Complaint (Doc. #34).[1]  Defendants seek dismissal of Plaintiffs' Third, Fourth, Fifth, and Sixth causes of action.

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).  The hearing was originally scheduled for January 23, 2013.

1

1   Plaintiffs did not file an opposition, or a statement of
2 non-opposition, to Defendants' Motion to Dismiss. Local Rule
3 230(c) requires a party responding to a motion to file either an
4 opposition, or a statement of non-opposition, to a pending
5 motion no less than fourteen (14) days preceding the noticed
6 hearing date. Local Rule 110 authorizes the Court to impose
7 sanctions for "failure of counsel or of a party to comply with
8 these Rules." Accordingly, the Court hereby sanctions
9 Plaintiffs' counsel, David Beauvais, $150.00 unless he shows
10 good cause for his failure to comply with the Local Rules.

## ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss claims Three, Four, Five, and Six of Plaintiffs' Third Amended Complaint is GRANTED. The Court finds that allowing further amendment would be futile, since Plaintiffs have made four attempts to plead viable claims against Defendants. See Eminence Capital, L.L.C. v. Aspeon, Inc., 316 F.3d 1048, 1052 (9th Cir. 2003). Therefore, Defendants' Motion is GRANTED WITH PREJUDICE.

It is further ordered that within ten (10) days of this Order counsel for Plaintiffs shall either:

(1) pay sanctions of $150.00 to the Clerk of the Court, or

(2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: January 23, 2013

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2