1  HERUM\CRABTREE\SUNTAG
   A California Professional Corporation
2  DANA A. SUNTAG (California State Bar No. 125127)
   5757 Pacific Avenue, Suite 222
3  Stockton, California  95207
   Telephone: (209) 472-7700
4  Facsimile:   (209) 472-7986
   dsuntag@herumcrabtree.com
5
   GILBERTO GUTIERREZ (California State Bar #85795)
6  Deputy County Counsel
   OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
7  44 North San Joaquin Street, Suite 679
   Stockton, California  95202
8  Telephone:  (209) 468-2980

9  Attorneys for Defendants
   LIANNE WILLEY, VENUS ESPARZA-ZAVALA,
10 and NICHOLAS MORENO

11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 VUK NASTIC, et al.;                    )   **No. 2:11-CV-02521-JAM-EFB**
                                          )
17         Plaintiffs,                    )   **STIPULATION FOR DISMISSAL**
                                          )   **OF PORTIONS OF THIRD**
18    v.                                  )   **AMENDED COMPLAINT; ORDER**
                                          )
19 COUNTY OF SAN JOAQUIN, et al.,         )
                                          )
20         Defendants.                    )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23 _____)

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL           1
OF PORTIONS OF THIRD AMENDED COMPLAINT

IT IS STIPULATED AND AGREED between all remaining parties to this case (each Plaintiff, on the one hand, and Defendants Nicholas Moreno, Lianne Willey, and Venus Esparza-Zavala, on the other hand), as follows:

Plaintiffs' Count Seven be dismissed with prejudice, each party to bear its own fees and costs.

Dated: March 24, 2014                HERUM\CRABTREE\SUNTAG
                                     A California Professional Corporation


                                     BY:   /s/ Dana A. Suntag
                                         DANA A. SUNTAG
                                         Attorneys for Defendants
                                         LIANNE WILLEY, VENUS
                                         ESPARZA-ZAVALA, and
                                         NICHOLAS MORENO

Dated: March 24, 2014                LAW OFFICE OF DAVID J. BEAUVAIS


                                     BY:_____
                                         DAVID J. BEAUVAIS
                                         Attorney for Plaintiffs
                                         VUK NASTIC, VERICA NASTIC, and
                                         VERNA MARJANOVIC in her capacity as
                                         GAL for minors D.N. and N.N.


                                          O R D E R

It is so ordered.


Dated: 3/24/2014                     /s/ John A. Mendez
                                     UNITED STATES DISTRICT COURT JUDGE