1  HERUM\CRABTREE\SUNTAG
   A California Professional Corporation
2  DANA A. SUNTAG (California State Bar No. 125127)
   WENDY A. LOCKE (California State Bar No. 285202)
3  5757 Pacific Avenue, Suite 222
   Stockton, California  95207
4  Telephone: (209) 472-7700
   Facsimile:   (209) 472-7986
5
   GILBERTO GUTIERREZ (California State Bar #85795)
6  Deputy County Counsel
   OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
7  44 North San Joaquin Street, Suite 679
   Stockton, California  95202
8  Telephone:  (209) 468-2980
9
   Attorneys for Defendant
10 NICHOLAS MORENO

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14 VUK NASTIC, et al.;                    )   No. 2:11-CV-02521-JAM-EFB
                                          )
15        Plaintiffs,                     )   **ORDER GRANTING DEFENDANT**
                                          )   **NICHOLAS MORENO'S**
16        v.                              )   **REQUEST TO SEAL MOTION**
                                          )   **FOR SUMMARY JUDGMENT OR**
17 COUNTY OF SAN JOAQUIN, et al.,         )   **PARTIAL SUMMARY JUDGMENT**
                                          )   **AND SUPPORTING**
18        Defendants.                     )   **DOCUMENTS**
                                          )
19                                        )
                                          )
20                                        )
   _____ )
21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S
REQUEST TO SEAL DOCUMENTS                    1          

1 | The Court has reviewed and considered Defendant Deputy Nicholas
2 | Moreno's Notice of Request and Request to Seal and accompanying documents.
3 | The Court finds that there is good cause for the relief Deputy Moreno
4 | requests.
5 | THEREFORE, IT IS ORDERED that Deputy Moreno's Request to Seal is
6 | GRANTED. The Clerk of the Court is directed to file the following documents under
7 | seal:
8 |     1.    Notice of Motion for Summary Judgment or Partial Summary
9 | Judgment; Memorandum of Points and Authorities;
10 |     2.    Declaration of San Joaquin County Sheriff's Department Deputy
11 | Nicholas Moreno;
12 |     3.    Declaration of San Joaquin County Sheriff's Department Deputy
13 | Valerie Agbulos;
14 |     4.    Declaration of San Joaquin County Sheriff's Department Sergeant
15 | Jerry Alejandre;
16 |     5.    Declaration of San Joaquin County Sheriff's Department Detective
17 | David Konecny;
18 |     6.    Declaration of Dana A. Suntag;
19 |     7.    Statement of Undisputed Material Facts;
20 |     8.    All Exhibits to the motion; and
21 |     9.    Notice Of Lodging In Support Of Defendant Nicholas Moreno's
22 | Motion For Summary Judgment Or Partial Summary Judgment.
23 | (Collectively, the "Confidential Documents.")
24 | The Confidential Documents shall remain under seal for the duration of
25 | the instant case or as this Court otherwise orders. Pending further court order, only the
26 | Court and its staff, Plaintiffs, Deputy Moreno, counsel of record for Plaintiffs and Deputy
27 |
28 |



1  Moreno (and their staff), and retained experts shall have access to the Confidential
2  Documents.
3  Dated: May 8, 2014
4  　　　　　　　　　　　　　　　　　　/s/ JOHN A. MENDEZ
5  　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE