HERUM\CRABTREE\SUNTAG
A California Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
WENDY A. LOCKE (California State Bar No. 285202)
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone: (209) 472-7700
Facsimile:   (209) 472-7986
dsuntag@herumcrabtree.com

GILBERTO GUTIERREZ (California State Bar #85795)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendant
NICHOLAS MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUK NASTIC, et al.;<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>    Defendants. | **No. 2:11-CV-02521-JAM-EFB**<br><br>**STIPULATION FOR SEALING OF DOCUMENTS ON DEFENDANT NICHOLAS MORENO'S SUMMARY JUDGMENT MOTION AND REGARDING TIMING OF FILING OF SUMMARY JUDGMENT MOTION; ORDER** |

STIPULATION AND ORDER RE SEALING OF DOCUMENTS ON MSJ AND RE TIMING OF FILING OF MSJ

1

## RECITALS

A. On May 1, 2013, this Court issued a scheduling order (Doc. No. 47), directing that all dispositive motions are to be filed by May 7, 2014;

B. On May 2, 2014, counsel for Defendant Nicholas Moreno filed a Notice of Request to Seal documents in support of his motion for summary judgment or, alternatively, partial summary judgment ("Summary Judgment Motion") pursuant to Rule 141 of the Local Rules;

C. On May 2, 2014, counsel for Deputy Moreno emailed to "jamorders@caed.uscourts.gov," with a copy to Plaintiffs' counsel, his Request to Seal documents in support of his Summary Judgment Motion and a proposed order on the Request to Seal, as well as all of his moving papers on his Summary Judgment Motion, pursuant to Rule 141. Counsel for Deputy Moreno also served all documents by mail on Plaintiffs' counsel, pursuant to Rule 141;

D. The Court has not yet had an opportunity to rule on the Request to Seal;

E. Deputy Moreno cannot file his Summary Judgment Motion until the Court rules on his Request to Seal because his Request to Seal asks that all documents he filed in support of his Summary Judgment Motion be filed under seal;

F. Both the Court and Plaintiffs' counsel have had all of the papers on the Summary Judgment Motion since counsel for Deputy Moreno emailed them to the Court and Plaintiffs' counsel on May 2, 2014;

IT IS STIPULATED AND AGREED between Plaintiffs and Deputy Moreno, through their counsel of record, as follows:

## STIPULATION

1. Plaintiffs join in Deputy Moreno's request that all papers on the Summary Judgment Motion be sealed, pursuant to Deputy Moreno's Request to Seal, and request that the Court grant Deputy Moreno's Request to Seal.

2. Defendant Moreno may file his Summary Judgment Motion once this Court rules on his Request to Seal even if the Court does not rule on his Request to Seal until after May 7, 2014, and such filing will be timely, as if Deputy Moreno filed the Summary Judgment Motion on or before May 7, 2014.

Dated: May 7, 2014          HERUM\CRABTREE\SUNTAG
                            A California Professional Corporation


                            BY:  /s/ Dana A. Suntag
                                DANA A. SUNTAG
                                Attorneys for Defendant
                                NICHOLAS MORENO

Dated: May 7, 2014          LAW OFFICE OF DAVID J. BEAUVAIS


                            BY:  /s/ David J. Beauvais
                                DAVID J. BEAUVAIS
                                Attorney for Plaintiffs
                                VUK NASTIC, VERICA NASTIC, and
                                VERNA MARJANOVIC in her capacity as
                                GAL for minors D.N. and N.N.

# O R D E R

It is so ordered.

Dated: May 8, 2014

/s/ JOHN A. MENDEZ

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE SEALING OF DOCUMENTS ON MSJ AND RE TIMING OF FILING OF MSJ

3