HERUM\CRABTREE\SUNTAG
A California Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
WENDY A. LOCKE (California State Bar No. 285202)
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone: (209) 472-7700
Facsimile:   (209) 472-7986
Dsuntag@herumcrabtree.com

GILBERTO GUTIERREZ (California State Bar #85795)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendants
LAZARO GONZALEZ, LIANNE WILLEY,
VENUS ESPARZA-ZAVALA, NICHOLAS MORENO,
and THE COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUK NASTIC, et al.;<br><br>            Plaintiffs,<br><br>       v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>            Defendants. | No. 2:11-CV-02521-JAM-GGH<br><br>**ORDER FOR ENTRY OF JUDGMENT** |

ORDER FOR ENTRY OF JUDGMENT

1

1   On January 24, 2013, the Court issued an order granting Defendant Lazaro Gonzalez' motion to dismiss the third, fourth, and fifth claims in Plaintiffs' Third Amended Complaint with prejudice. The order also granted Defendant Nicholas Moreno's motion to dismiss Plaintiffs' third claim with prejudice. The order also granted Defendants Lianne Willey and Venus Esparza-Zavala's motion to dismiss Plaintiffs' fifth and sixth claims with prejudice. (Doc. No. 42).

On March 24, 2014, the Court so ordered a stipulation dismissing the seventh claim in Plaintiffs' Third Amended Complaint as to Defendants Lianne Willey and Venus Esparza-Zavala with prejudice. (Doc. No. 60).

On May 29, 2014, the Court issued a minute order granting Defendant Nicholas Moreno's motion for summary judgment as to the first, second, and fourth claims in Plaintiffs' Third Amended Complaint.

The Court, having previously dismissed the County of San Joaquin with prejudice and all other Defendants, now rules as follows:

IT IS ORDERED that the Clerk of the Court shall enter judgment in favor of all Defendants and against each Plaintiff. Plaintiffs shall take nothing and this lawsuit is dismissed on the merits as to Defendants County of San Joaquin, Lazaro Gonzalez, Lianne Willey, Venus Esparza-Zavala, and Nicholas Moreno.

Prevailing parties shall recover their costs and attorneys' fees, as allowed by law.

Dated: 6/9/2014

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

ORDER FOR ENTRY OF JUDGMENT
2